## The People of the State of Illinois, Defendant in Error, v. Horace DeFratis, Plaintiff in Error.

### (Not to be reported in full.)

Appeal from the County Court of Morgan county; the Hon. ED-WARD P. BROCKHOUSE, Judge, presiding. Heard in this court at the April term, 1914. Dismissed. Opinion filed October 16, 1914.

### Statement of the Case.

Action by The People of the State of Illinois against Horace DeFratis.

To review a judgment entered in favor of plaintiff, defendant sues out a writ of error.

THOMAS F. SMITH, for plaintiff in error.

ROBERT TILTON, for defendant in error.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 722*—*when record insufficient.* Where the record does not show that any bill of exceptions was filed in the court below and made a part of the record, a writ of error will be dismissed.

2. APPEAL AND ERROR, § 864*—*failure to print and file abstract.* Where no abstract has been printed and filed in accordance with the rules of the Appellate Court, the writ of error will be dismissed.

3. APPEAL AND ERROR, § 1094*—*when brief and argument insufficient.* Where in the brief and argument of plaintiff in error no exceptions to any of the rulings on the evidence complained of are shown and no instructions are set out, the writ of error will be dismissed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.